# EXHIBIT C



SATIN BLACK W MILLING



CHROME